Mrs. Mattie FARR, Appellant, v. M. A. STANOSCHEK, Appellee.

No. 12904.

Court of Civil Appeals of Texas. Dallas.

Oct. 5, 1940.

Bird & Bird, Joe C. Luther, and D. D. Bird, all of Dallas, for appellant.

Alexander D. McNabb, of Dallas, for appellee.

PER CURIAM.

Judgment of the court below reformed, in keeping with the jury verdict, and as reformed, affirmed. The rule applied in Kelley v. Ward, 94 Tex. 289, 60 S.W. 311, is in point.